# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MELISSA DEAN, INDIVIDUALLY AND AS CO-ADMINISTRATOR OF THE ESTATE OF ANDREW E. JOHNSON AND CLIFTON EDWARD JOHNSON, INDIVIDUALLY AND AS CO-ADMINISTRATOR OF THE ESTATE OF ANDREW E. JOHNSON,

     Petitioners

    v.

BOWLING GREEN-BRANDYWINE, CRC HEALTH GROUP, INC. (AND/OR) D/B/A CRC HEALTH GROUP, MOHAMMAD ALI KHAN, M.D., ASIM KHURSHID RANA, M.D., JENNERSVILLE REGIONAL HOSPITAL, JAMES DUNCKLEE, M.D., JENNIFER M. PLUMB M.D., SOUTHERN CHESTER COUNTY EMERGENCY ROOM ASSOCIATES, P.C.,

     Respondents

: No. 657 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 4th day of March, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

  a. Whether the Superior Court, in reviewing a nonsuit, properly applied the provisions of the Mental Health Procedures Act ("MHPA") and the evidence in the light most favorable to the plaintiffs in granting limited immunity to a drug addiction treatment facility and its physicians where the individual who

died while under the care of the facility was not mentally ill and did not seek voluntary inpatient treatment for a mental illness.

b.      Whether the Superior Court properly applied fundamental notions of due process and the provisions of the Mental Health Procedures Act ("MHPA") to an individual who did not give consent to voluntary treatment under the MHPA.